

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

Date: 7/6/2021   Case Number: 21-cv-03585

Case Title: Gutta Enterprises, LLC v. Nayzadius Wilburn, et al.   Judge: Aspen

# DIGITAL EXHIBIT INFORMATION FORM - PUBLIC

Filing Party: Gutta Enterprises, LLC

Exhibit is linked to entry: 1

**NOTE**: This form is for Non-Sealed Documents only. For instructions regarding Sealed Documents, please see Local Rule 26.2.

If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit.

Thomas G. Bruton, Clerk

By: /s/ Michael Pease
Deputy Clerk

Rev. 1/8/2021